UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY HANECHAK,              )<br>          Plaintiff         )<br>     v.                      )<br>                              )<br>MICHAEL J. ASTRUE,            )<br>Commissioner Social Security )<br>Administration,              )<br>          Defendant          ) | C.A. No. 11-cv-30099-MAP |

ORDER OF DISMISSAL

November 16, 2011

PONSOR, U.S.D.J.

    On October 6, 2011, the court issued an Order requiring Plaintiff file a motion seeking reversal of the decision of the Commissioner by the close of business on October 20, 2011. The order indicated that failure to comply "may result in dismissal of the matter for failure to prosecute."

    No such motion having been filed by Plaintiff, the court hereby ORDERS that the case is DISMISSED.  The file may now be closed.

    It is So Ordered.

                                      /s/ Michael A. Ponsor
                                        MICHAEL A. PONSOR
                                        U. S. District Judge