# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY HANECHAK,     )<br>    Plaintiff(s)     )<br>                              )<br>    v.                        )<br>                              )<br>MICHAEL J. ASTRUE, Commissioner  )<br>of Social Security Administration,  )<br>    Defendant(s)     ) | CIVIL ACTION NO. 3:11-30099-MAP |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** in accordance with the court's Order of Dismissal entered this date, this case is ordered closed.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated:  November 16, 2011          By  /s/ *Maurice G. Lindsay*
                                     Maurice G. Lindsay
                                     Deputy Clerk

(Civil Judgment (SSA- Case Dismissed Routine) 3 .wpd - 11/98)
[jgm.]