# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

WENDY HANECHAK,                )
     Plaintiff(s)           )
                            )
          v.                )      CIVIL ACTION NO. 3:11-30099-MAP
                            )
MICHAEL J. ASTRUE, Commissioner  )
of Social Security Administration,    )
     Defendant(s)        )

## JUDGMENT IN A CIVIL CASE

### Michael A. Ponsor, D.J.

[ ]    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** in accordance with the court's Order of Dismissal entered this date, this case is ordered closed.

                                **SARAH A. THORNTON**,
                                CLERK OF COURT

Dated: November 16, 2011        By /s/ *Maurice G. Lindsay*
                                Maurice G. Lindsay
                                Deputy Clerk